**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MARCOS OSIEL RODRIGUEZ REZA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-2312-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Now before the Court is the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Suzanne Mitchell recommending that the Petition for Writ of Habeas Corpus be granted in part. The case file shows no timely objection to the Report nor request for an extension of time, even though the parties were informed of the right to object, the procedure for doing so, and the consequences of failing to object. The parties have therefore waived the right to appellate review of the factual and legal issues addressed in the Report. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2020).

The Court therefore adopts the Report and Recommendation in its entirety and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is granted in part. Respondents are directed to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days or release Petitioner. Respondents shall provide a

copy of this order to counsel for the Warden of Petitioner's detention facility and shall certify compliance with this order.

IT IS SO ORDERED this 18th day of November, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE